**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT KLUGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HALFDAY TONICS INC., a Delaware corporation,<br>Defendant. | Case No. 1:26-cv-06098 (VEC) |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS COMPLAINT**

**PLEASE TAKE NOTICE** that Defendant Halfday Tonics, Inc., upon the attached Memorandum of Law in Support of Defendant's Motion to Dismiss, and all pleadings and papers filed in this action, and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Article III of the Constitution, hereby moves this Court, before the Honorable Valerie E. Caproni, United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing the Complaint of Plaintiff Robert Kluge in its entirety. This Motion is made on the grounds that Plaintiff fails to plead facts establishing Article III standing to pursue injunctive relief and Plaintiff fails to state any claims upon which relief can be granted. The grounds for the Motion are more fully set forth in the Memorandum of Law.

Dated: September 8, 2026

Respectfully submitted,

AMIN WASSERMAN GURNANI, LLP

By: *<u>/s/ Rebecca M. Lee</u>*
William P. Cole (pro hac vice)
Matthew R. Orr (pro hac vice)
Rebecca M. Lee (pro hac vice)
Cole Kroshus (pro hac vice)

515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 933-2330
Facsimile: (312) 884-7352
wcole@awglaw.com
morr@awlgaw.com
rlee@awglaw.com
ckroshus@awglaw.com

*Attorneys for Defendant Halfday Tonics, Inc.*

**CERTIFICATE OF SERVICE**
(United States District Court)

I hereby certify that on September 8, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Rebecca M. Lee*
Rebecca M. Lee

**SERVICE LIST**

**WILSHIRE LAW FIRM, PLC**
Thiago M. Coelho
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
Email: *thiago.coelho@wilshirelawfirm.com*