**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT KLUGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HALFDAY TONICS INC., a Delaware corporation,<br><br>Defendant. | Case No.: 1:26-cv-06098 (VEC)<br><br>**NOTICE OF FILING FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)(1)(B)**<br><br>Hon. Valerie E. Caproni,<br>Courtroom 20C |

Plaintiff Robert Kluge ("Plaintiff") hereby provides notice that he timely filed his First Amended Complaint on September 22, 2026, per Federal Rule of Civil Procedure 15(a) against Defendant Halfday Tonics Inc. ("Defendant"). Rule 15 permits a plaintiff to amend the complaint "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Defendant's Motion to Dismiss (the "Motion") [ECF No. 17] was filed on September 8, 2026, and Plaintiff filed his First Amended Complaint within 21 days, as permitted. Thus, Defendants' Motion challenging the sufficiency of Plaintiff's original Complaint [ECF No. 1] is moot given the timely filing of the First Amended Complaint. Plaintiff respectfully requests that the Court deny Defendant's Motion in its entirety as moot. *See* Caproni Individual Pracs. in Civ. Cases 4(E)(i) (S.D.N.Y. Mar. 17, 2025). Attached as **Exhibit A** is a redlined version of the First Amended Complaint showing the additions to and deletions from Plaintiffs' original Complaint [ECF No. 1].

Respectfully submitted,

DATED: September 22, 2026

**WILSHIRE LAW FIRM**

By: /s/ *Thiago M. Coelho*
Thiago M. Coelho
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff and all others similarly situated*